IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00052-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA E. BROWN,

    Defendant,

and

GREAT WEST LIFE & ANNUITY,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 12th day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE